Appeal from Circuit Court, Tripp County. Hon. WILLIAM WILLIAMSON, Judge.

Action by Joe Kirby against Mary Sully, Winnie N. Keller, and others, to recover for legal services rendered. From an order directing the discharge and cancellation of record of a notice of lis pendens, plaintiff appeals. Appeal dismissed.

*Joe Kirby,* in pro. per., for Appellant.

*E. O. Patterson,* and *M. C. Beck,* for Respondent Keller.

PER CURIAM: This cause is before the court upon an appeal from an order of the circuit court directing the discharge and cancellation of record of a notice of lis pendens. Under the holding of this court in the case of Kirby v. Drapeau, decided by this court on July 6, 1914, and reported in 147 N. W. 982, such order was not appealable. The appeal herein is therefore dismissed at appellant's cost.

SMITH, P. J., and McCOY, J., not sitting.

---

KIRBY, Appellant, v. SULLY et al. (Sully, Respondent).

(148 N. W. 137.)

**Appeal—Dismissal of Appeal—Appealable Order.**

An order directing the discharge and cancellation of record of a notice of lis pendens, is not appealable; following Kirby v. Drapeau, 34 S. D. 239, 147 N. W. 982.

Smith, P. J., and McCoy, J., not sitting.

(Opinion filed July 13, 1914. Rehearing denied September, 16, 1914.)

Action by Joe Kirby against Mary Sully and others. From an order directing the discharge and cancellation of record of a notice of lis pendens, plaintiff appeals. Appeal dismissed.

*Joe Kirby,* Appellant, in pro. per.

*E. O. Patterson,* for Respondent Sully.

PER CURIAM: This cause is before the court upon an appeal from an order of the circuit court directing the discharge and cancellation of record of a notice of lis pendens. Under the holding of this court in the case of Kirby v. Drapeau, decided by this court on July 6, 1914, and reported in 147 N. W. 982, such order was not appealable. The appeal herein is therefore dismissed at appellant's cost.

SMITH, P. J., and McCOY, J., not sitting.